## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HFT SOLUTIONS, LLC, | |
| *Plaintiff / Counterclaim Defendant,* | Case No. 1:24-CV-13214 |
| v. | Hon. Daniel P. McLaughlin |
| JUMP TRADING, LLC, | Hon. John J. Tharp, Jr. |
| *Defendant / Counterclaim Plaintiff.* | **JURY TRIAL DEMANDED** |

### JOINT STATUS REPORT

Pursuant to the Court's Order (ECF No. 35), Plaintiff/Counterclaim Defendant HFT Solutions, LLC and Defendant/Counterclaim Plaintiff Jump Trading, LLC submit the following Joint Status Report detailing their discovery progress and any prospects of settlement.

The parties have agreed to, and the Court has adopted, the case management schedule at ECF No. 30-1. The parties have exchanged initial disclosures and made initial productions in accordance with LPR 2.1. Defendant/Counterclaim Plaintiff Jump Trading, LLC served initial non-infringement, unenforceability, and invalidity contentions according to LPR 2.3, which was accompanied by a document production in accordance with LPR 2.4, on July 25, 2025. Plaintiff/Counterclaim Defendant HFT Solutions, LLC's initial response to invalidity contentions according to LPR 2.5 is due August 29, 2025.

Additionally, the parties exchanged discovery requests on May 9, 2025 and have received respective objections and responses on June 9, 2025. The parties have exchanged correspondence regarding discovery but do not now request intervention by the Court. Discovery is ongoing. Fact discovery closes on July 3, 2026 or 42 days after the claim construction ruling, whichever is later.

Expert discovery opens with the service of expert reports of the party with burden of proof on July 31, 2026 or 28 days after the close of fact discovery, whichever is later. Expert discovery closes on October 9, 2026 or 35 days after service of rebuttal expert reports, whichever is later. There are no current or pending discovery disputes.

The parties are not currently engaged in active settlement negotiations as additional discovery is needed. The parties remain open to settlement discussions as discovery progresses. The parties do not believe a settlement conference would be productive at this stage.

Dated: August 19, 2025　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| */s/ Marc A. Fenster* | By: */s/ Matthew J. Hertko* |
| Marc A. Fenster | |
| Brian D. Ledahl | William E. Devitt |
| Dale Chang | Matthew J. Hertko |
| Paul A. Kroeger | **JONES DAY** |
| Joshua Scheufler | 110 N. Wacker Drive, Suite 4800 |
| RUSS AUGUST & KABAT | Chicago, IL 60606 |
| 12424 Wilshire Blvd. 12th Floor | Telephone: (312) 782-3939 |
| Los Angeles, CA 90025 | Facsimile: (312) 782-8585 |
| Tel: 310-826-7474 | Email: wdevitt@jonesday.com |
| Fax: 310-826-6991 | mhertko@jonesday.com |
| | |
| **ATTORNEYS FOR PLAINTIFF,** | *Counsel for Defendant and Counterclaim* |
| **HFT Solutions, LLC** | *Plaintiff Jump Trading, LLC* |