**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HFT SOLUTIONS, LLC, | |
| *Plaintiff / Counterclaim Defendant,* | Case No. 1:24-CV-13214 |
| v. | Hon. John J. Tharp, Jr. |
| JUMP TRADING, LLC, | Hon. Daniel P. McLaughlin |
| *Defendant / Counterclaim Plaintiff.* | **JURY TRIAL DEMANDED** |

## <u>JOINT MOTION TO DISMISS</u>

WHEREAS, Plaintiff/Counterclaim Defendant HFT Solutions, LLC ("Plaintiff") and Defendant/Counterclaim Plaintiff Jump Trading, LLC ("Defendant") have determined that this action should be dismissed without prejudice.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant without prejudice and Defendant's claims, defenses, or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court, and expenses borne by the party incurring same.

1

Dated: June 29, 2026       Respectfully submitted,


/s/ Dale Chang        By: /s/ Stephanie M. Mishaga
Marc A. Fenster
Brian D. Ledahl        William E. Devitt
Dale Chang         Matthew J. Hertko
Paul A. Kroeger        **JONES DAY**
Joshua Scheufler       110 N. Wacker Drive, Suite 4800
RUSS AUGUST & KABAT    Chicago, IL 60606
12424 Wilshire Blvd. 12th Floor   Telephone:  (312) 782-3939
Los Angeles, CA 90025     Facsimile:   (312) 782-8585
Tel: 310-826-7474      Email:  wdevitt@jonesday.com
Fax: 310-826-6991         mhertko@jonesday.com

**ATTORNEYS FOR PLAINTIFF,**  Stephanie M. Mishaga
**HFT Solutions, LLC**     **JONES DAY**
           4655 Executive Drive, Suite 1500
           San Diego, CA 92121
           Telephone: (858) 314-1200
           Facsimile: (844) 345-3178
           Email: smishaga@jonesday.com

           Luke B. Cipolla
           **JONES DAY**
           901 Lakeside E.
           Cleveland, OH 44114
           Telephone: (216) 586-7689
           Facsimile: (216) 579.0212
           Email: lcipolla@jonesday.com

           *Counsel for Defendant and Counterclaim*
           *Plaintiff Jump Trading, LLC*

2

## CERTIFICATE OF SERVICE

I certify that on June 29, 2026, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Dale Chang*
Dale Chang

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiff conferred with counsel for Defendant regarding the subject of this filing, and these contents are agreed.

*/s/ Dale Chang*
Dale Chang